NEW YORK CENTRAL RAILROAD COMPANY, Plaintiff, *v.* NEW YORK AND HARLEM RAILROAD COMPANY, Appellant; WESTCHESTER FIRE INSURANCE COMPANY et al., Minority Common Stockholders of New York and Harlem Railroad Company, Respondents; DOROTHY HENNESEY, on Her Own Behalf and on Behalf of Other Stockholders of New York and Harlem Railroad Company Similarly Situated, Intervener, Respondent, et al., Defendants.

Argued May 16, 1950; decided May 26, 1950.

*Edward C. McLean* and *D. Bret Carlson* for appellant.

*Walter E. Warner, Jr., Benjamin P. De Witt, Richard Steel, Alfred H. Townley, Carleton S. Connor, Julius Wilk* and *Nathan Shapiro* for Westchester Fire Insurance Company and others, respondents.

Order affirmed, with one bill of costs to respondents. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, and FROESSEL, JJ. Dissenting: FULD, J., who votes to reverse the order and dismiss the application.